PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Natasha M Wise** | Case Number: **1:02CR00124** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **February 3, 2003** | |
| Original Offense: | **Bank Embezzlement** | |
| Original Sentence: | **1 day(s) prison, 60 month(s) supervised release** | |
| Special Conditions: | **1) participate in substance abuse treatment at the direction of the probation officer**<br>**2) undergo mental health assessment and participate in treatment at the direction of the probation officer**<br>**3) provide USPO access to all requested financial information**<br>**4) pay $100 special assessment**<br>**5) pay restitution in the amount of $26,206.47 jointly and severally with Allen Turner**<br><br>**02/08/06: Conditions amended to include the addition of a special condition directing the offender to complete a four month term of electronically monitored home confinement** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **February 3, 2003** |

## NON-COMPLIANCE SUMMARY

As noted above, the conditions of Wise's term of supervised release were amended by the Court on February 8, 2006, to include the addition of a special condition directing her to serve a four month term of electronically monitored home confinement.

The undersigned probation officer is writing to advise the Court that Wise commenced this four month term of electronic monitoring without incident on April 18, 2006. The offender was compliant with the terms of her electronic monitoring sentence.

However, on May 31, 2006, her telephone service was cut off by Cincinnati Bell, due to her nonpayment of this bill. The offender tried unsuccessfully during the next two and a half weeks to have this phone service restored, but was unable to raise the funds necessary to restore the service. Thus, this officer told Wise on June 19, 2006, that she would be removed from the electronic monitoring program due to her inability to have her telephone service restored. She would be credited for her time on electronic monitoring from her commencement in the program on April 18, 2006 through June 19, 2006.

As of this date, telephone service has not yet been restored to the Wise residence.

PROB 12A
(12/98)

2

U.S. Probation Officer Action:

As the offender does not have the financial resources to remain on electronic monitoring, and non-electronic monitoring is not an option without a working telephone, the undersigned probation officer is respectfully recommending that the Court take no action to allow the offender additional time to obtain financial resources sufficient enough to restore her phone service. The offender will be reinstalled on electronic monitoring as soon as possible after the restoration of her telephone service.

| Respectfully submitted, | Approved, |
|---|---|
| by *David J. Backman* by | *John Cole* |
| **David Backman** | **John Cole** |
| U. S. Probation Officer | Supervising U. S. Probation Officer |
| Date: **June 29, 2006** | Date: **June 29, 2006** |



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*July 5, 2006*
Date