PROB 12B
(12/98)

# United States District Court

## for

### District of Southern Ohio



RECEIVED
OCT 1 8 2006
By_____

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Natasha M Wise**  Case Number: **CR-1-02-124**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **February 3, 2003**

Original Offense: **Bank Embezzlement, in violation of 18 USC § 656, a class B felony.**

Original Sentence: **1 day prison, 5 years supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **February 3, 2003**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

**The supervised releasee shall have no contact with Allen Turner for the remaining period of supervision. In addition, the supervised releasee shall not accept any form of financial assistance or any other form of assistance from Allen Turner.**

## CAUSE

The Court is well aware of the on-going problems between Wise and Allen Turner. Turner appeared before the Court, and agreed to a similar order requiring him to have no contact with Wise or provide any form of assistance to her. The modification was granted by the Court on September 12, 2006.

This officer met with Wise, and explained to her the situation, the proposed modification, and her rights to counsel with an attorney prior to making any decision on the matter and to a modification hearing represented by counsel. Wise stated she understood her rights, but was willingly to waive those rights. This officer presented her the waiver form, and she read it. She then signed the waiver form.

Based on the longstanding problems between Wise and Turner, this officer is respectfully recommending the Court grant the modification as stated above.

PROB 12B
(12/98)

2

RE:   Natasha Wise
      CR-1-02-124

Respectfully submitted,                              Approved,

by *[signature]*                                     by *[signature]*
Robert C. Frommeyer Jr.                              John Cole
Senior U. S. Probation Officer                       Supervising U. S. Probation Officer
Date:  **October 17, 2006**                          Date:  **October 17, 2006**

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Signature of Judicial Officer

Oct 19, 2006
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The supervised releasee shall have no contact with Allen Turner for the remaining period of supervision. In addition, the supervised releasee shall not accept any form of financial assistance or any other form of assistance for Allen Turner.**

Witness: _____   Signed: _____
         U.S. Probation Officer                    Probationer or Supervised Releasee

                            October 16, 2006
                                DATE