IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR00124 |
| Natasha M Wise ) | |
| ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on February 3, 2003 for a period of five (5) years years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 16th day of April, 2007

_____
United States District Judge